IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. CR S-05-0122 GEB GGH P

    vs.

EBONY PIPKINS,

    Movant.                <u>ORDER</u>

_____/

    Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. Respondent has filed an opposition to the motion for reduction of sentence. Should movant wish to file a reply, she must do so within twenty days of the filed date of this order, after which time this matter will be deemed submitted.

    IT IS SO ORDERED.

DATED: 11/13/07

                                      /s/ Gregory G. Hollows
                                      _____
                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
pipk0122.ord