UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>EBONY PIPKINS,<br><br>           Defendant. | 2:05-cr-00122-GEB-GGH-2<br><br>ORDER |

      This action was mistakenly designated as an action under 28 U.S.C. § 2255 (Docket #82) and thereafter referred to a magistrate judge. Subsequently, the magistrate judge issued a briefing schedule (Docket #85), which is vacated and the reference to the magistrate judge is withdrawn since this action is not a § 2255 case. Therefore, the government's motion to continue the briefing schedule filed on March 13, 2008, is denied as moot.

      The government's request for continuance to file an opposition to Defendant's motion for a reduction of her sentence (Docket #86) is granted. The government shall file its opposition on or before April 25, 2008. Petitioner shall file a reply on or before May 25, 2008.

      A copy of this order shall be served on Assistant Federal

1 | Defender David Porter, since the government states in its filing on
2 | March 13, 2008, that the Federal Defender is seeking to determine
3 | if the Petitioner desires to be represented by appointed counsel.
4 |     IT IS SO ORDERED.
5 | Dated:  March 18, 2008

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```