DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Defendant
EBONY L. PIPKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 05-122 GEB |
| ) | |
| Plaintiff, ) | **REQUEST FOR APPOINTMENT OF** |
| ) | **COUNSEL; [lodged] ORDER** |
| v. ) | |
| ) | **RETROACTIVE CRACK COCAINE** |
| EBONY L. PIPKINS, ) | **REDUCTION CASE** |
| ) | |
| Defendant. ) | |
| ) | Judge: Hon. GARLAND E. BURRELL |
| _____ ) | |

Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, EBONY L. PIPKINS, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent her with respect to her motions to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed October 31, 2007 and March 10, 2008. Mr. Porter is familiar with the case and is willing to accept the appointment.[*]

Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise novel legal issues

---

[*] Ms. Pipkins has authorized the undersigned to file this application on her behalf.

surrounding application of the United States Sentencing Commission's recent retroactive reduction of sentences under the crack cocaine guidelines. Because Ms. Pipkins's substantial rights may be affected by these criminal proceedings, she is constitutionally entitled to appointment of counsel. *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Accordingly, Ms. Pipkins requests the Court issue the order lodged herewith.

Dated: March 26, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


  /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Seeking Appointment as Attorney for Movant
EBONY L. PIPKINS

**O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to her motion to reduce sentence.

Dated: March 26, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

REQUEST TO APPOINT COUNSEL

-2-