DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EBONY L. PIPKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 05-122 GEB |
| Plaintiff, ) ) | **STIPULATED REQUEST FOR BRIEFING SCHEDULE; [lodged] ORDER** |
| v. ) ) | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| EBONY L. PIPKINS, ) ) | |
| Defendant. ) ) _____ ) | Date:  June 6, 2008 Time:  9:00 a.m. Judge: Hon. GARLAND E. BURRELL, Jr. |

The parties, by and through their respective attorneys, hereby request that the Court enter the order lodged herewith setting a briefing schedule and hearing date on the motion filed pursuant to 3582(c)(2) on March 10, 2008, whereby the defendant's amended motion is due on May 9, 2008, the government's response is due on May 23, 2008, and the reply, if any, is due May 30, 2008.  The motion will be heard

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

on June 6, 2008 at 9:00 a.m.

Dated:  April 17, 2008

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ *David M. Porter*
                              DAVID M. PORTER[*]
                              Assistant Federal Defender

                              Attorney for Movant
                              EBONY L. PIPKINS

## **O R D E R**

Pursuant to the stipulated request of the parties, and good cause appearing therefor, the amended motion shall be filed on May 9. 2008, the government's response is due on May 23, 2008, and the reply, if any, is due May 30, 2008.  The hearing on the amended motion is set for June 6, 2008, at 9:00 a.m..

Dated:  April 18, 2008

                              GARLAND E. BURRELL, JR.
                              United States District Judge

---

[*] Counsel for the government, Assistant U.S. Attorney Anne Pings, joins in this request.