# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 2:05CR00122-02 |
| EBONY PIPKINS ) | USM No: 15660-097 |
| Date of Previous Judgment: 6/9/06 ) | David Porter, Assistant Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   120   months **is reduced to**   108 months   .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 | |
| Criminal History Category: | IV | Criminal History Category: | IV | |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   6/9/06   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   5/12/2008

_/s/ Garland E. Burrell_
Judge's signature

Effective Date: _____
(if different from order date)

Garland E. Burrell, Jr., United States District Judge
Printed name and title