DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EBONY L. PIPKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>EBONY L. PIPKINS,<br><br>            Defendant. | No. Cr. S 05-122 GEB<br><br>**STIPULATION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br><br>Judge: Honorable Garland E. Burrell, Jr. |

Defendant, EBONY L. PIPKINS, by and through her attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, First Assistant U.S. Attorney Phillip A. Talbert, hereby stipulate as follows:

    1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.   The sentencing range applicable to Ms. Pipkins was subsequently lowered by the United States Sentencing Commission in Amendment 750;

3. Accordingly, Ms. Pipkin's total offense level has been reduced from 31 to 27, the new sentencing range is 100 to 125 months, and the parties agree that an appropriate sentence in light of all the circumstances and taking into consideration the departure she received at the original sentencing would be 67 months;

4. Ms. Pipkins merits a reduction in her sentence based on the factors listed in 18 U.S.C. § 3553(a), as well as considerations of public safety and Mr. Pipkin's positive post-sentencing conduct;

5. Accordingly, the parties request the court enter the order lodged herewith reducing Ms. Pipkin's term of imprisonment to 67 months.

Dated:  October 26, 2011

Respectfully submitted,

| BENJAMIN WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

| /s/ Phillip A. Talbert | /s/ *David M. Porter* |
| PHILLIP A. TALBERT | DAVID M. PORTER |
| First Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | EBONY L. PIPKINS |

ORDER

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Ms. Pipkins is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 31 to 27.

STIPULATION AND ORDER TO REDUCE SENTENCE

1   IT IS HEREBY ORDERED that the term of imprisonment imposed on June
2 11, 2008 is reduced to 67 months.
3   IT IS FURTHER ORDERED that all other terms and provisions of the
4 original judgment remain in effect.  The Clerk of the Court shall
5 prepare an Amended Judgment.
6   Unless otherwise ordered, Ms. Pipkins shall report to the United
7 States Probation office closest to the release destination within
8 seventy-two hours after release.

Dated:  October 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND ORDER TO REDUCE SENTENCE

-3-