AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:05-cr-00122-GEB   Document 105   Filed 11/01/11   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:05CR122-02 |
| ) | USM No: 15660-097 |
| Date of Original Judgment:     6/9/06  ) | |
| Date of Previous Amended Judgment: ) | David Porter |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ❐  the Director of the Bureau of Prisons  ❐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❐ DENIED.   x GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    108    months **is reduced to**    67    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    6/9/06    shall remain in effect.
**IT IS SO ORDERED**.

Dated: November 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge